Samuel Rusnak, trustee in bankruptcy of estate of Garden City Parlor Furniture Company, bankrupt, appellant, v. Isaac Fish et al., appellees. Gen. No. 25,374.

Action to recover damages for conspiracy to defraud. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Jacob G. Grossberg and Herbert Decker, for appellant. D'Ancona & Pflaum and Fred B. Silsbee, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

John Walsh, appellant, v. Chicago City Railway Company and Chicago Surface Lines, appellees. Gen. No. 25,477.

Action to recover for personal injuries resulting from unsafe condition of street. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Alden, Latham & Young, for appellant; F. D. Shobe, of counsel. Frank L. Kriete and William H. Symmes, for appellees; J. R. Guilliams and George E. Gorman, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

William Busse, Jr., et al., appellants, v. Caroline Hulke et al., appellees. Gen. No. 25,503.

Bill contesting a will on ground of mental incapacity dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion transferring cause to Supreme Court filed March 8, 1920. Vacated and set aside and new opinion filed April 12, 1920.

Ralph L. Peck and George A. Miller, for appellants; Frederick R. De Young, of counsel. Edwin D. Lawlor and Harry H. Talcott, for appellees; Roswell B. Mason, guardian *ad litem* and of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Frank A. Brown, appellee, v. Chicago & Illinois Midland Railroad Company, appellant. Gen. No. 25,523.

Action to recover for personal injury to brakeman by being thrown from car and under the car wheels. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Bates, Hicks & Folonie, for appellant. H. H. Patterson and C. E. Stenning, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.